IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-cr-00079 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| JENNY HALL | ) | |

### ORDER

The sentencing hearing in this action is reset for Tuesday, October 1, 2013 at 10:00 a.m.

It is so **ORDERED**.

ENTERED this the 26th day of September, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court