UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:13-00079 |
| | ) | Chief Judge Haynes |
| | ) | |
| JENNY HALL | ) | |

*Granted.
This motion
no denied
as moot.
William ___
11-7-13*

MOTION TO WITHDRAW
MOTION TO AMEND CONDITIONS OF PROBATION

Comes Ms. Hall, by and through counsel, and hereby moves to withdraw the Motion to

Amend Conditions of Probation (D.E. 31) filed this date.

Respectfully submitted,


*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of November, 2013, I electronically filed the foregoing
Motion to Withdraw Motion to Amend Conditions of Probation with the clerk of the court by using
the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable
William Francis Abely, II, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961,
Nashville, Tennessee 37203, and U.S. Probation Officer Brad Bartels, U.S. Probation Office, P.O.
Box 515, Cookeville, Tennessee, 38503.

*s/ Sumter L. Camp*
SUMTER L. CAMP