# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA,  )
           )
    Plaintiff,    )
           )  **Case No. 3:13-CR-00079**
v.          )
           )  **Chief Judge Haynes**
JENNY HALL,     )
           )
    Defendant.   )

*[handwritten: ORDER — This motion is GRANTED. William J. Haynes 11-12-13]*

## MOTION FOR AN ORDER OF FORFEITURE CONSISTING OF $13,095 UNITED STATES CURRENCY MONEY JUDGMENT AND AMENDMENT OF JUDGMENT IN A CRIMINAL CASE

The United States of America, by its undersigned counsel, pursuant to Rules 32.2(b)(1) and (c)(1), and Rule 36 of the Federal Rules of Criminal Procedure, moves based upon the Court's acceptance of Defendant's plea of guilty to the Information in the above-styled case, for an Order of Forfeiture consisting of $13,095 United States currency Money Judgment against Defendant Jenny Hall and an Amendment of the Judgment in a Criminal Case.

A memorandum of law and facts is filed in support of this motion. Additionally, a proposed Order is attached hereto for the Court's convenience.

        Respectfully submitted,

        DAVID RIVERA
        United States Attorney


        By: /s Debra Teufel Phillips
        DEBRA TEUFEL PHILLIPS
        Assistant U.S. Attorney
        110 Ninth Avenue South, Suite A-961
        Nashville, Tennessee 37203
        Telephone: 615 736-5151
        Email: dep.phillips@usdoj.gov