UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:13-00079 |
| ) | Chief Judge Haynes |
| JENNY HALL ) | |

REDACTION REQUEST

*[Handwritten annotation: GKOSH / This request is GRANTED / [signature] / WSMD / 11-21-13]*

The defendant, Jenny Hall, through counsel, respectfully requests redaction of certain personal information in the transcript of the Sentencing Hearing prepared November 13, 2013 (D.E. 39). In support of this motion, Ms. Hall would show the following:

> The "Administrative Practices and Procedures for Electronic
> Case Filing (ECF)" adopted by this Court in Administrative
> Order No. 167 at § 5.07 requires that certain personal information
> be redacted from documents that may be filed. In this case,
> the following information should be redacted from the transcript
> at the time of filing:

Page 15, Line 3: **"310" and "4-E"**

Respectfully submitted,

s/ *Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047